■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANNETTE RUSSELL, Appellant. — Judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered March 3, 1983, affirmed. No opinion. ¶ This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Gibbons, Thompson and Rubin, JJ., concur.